# MINUTES

CASE NUMBER:        CR 19-00105SOM

CASE NAME:        USA vs. (1) Liane Wilson and (2) Robert Beard

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Rom Trader              REPORTER:

DATE:    11/14/2019              TIME:

COURT ACTION:   EO: This Indictment and case are UNSEALED.

Both defendants have been arrested.

Submitted by: Toni Fujinaga, Courtroom Manager.