# MINUTES

CASE NUMBER:    CR 19-00105SOM

CASE NAME:    USA vs. (1) Liane Wilson and (2) Robert Beard

ATTYS FOR PLA:    Sean Van Demark

ATTYS FOR DEFT:    01 Richard Gronna
02 Alexander Silvert for Craig Jerome

INTERPRETER:

---

JUDGE:    Rom Trader        REPORTER:    FTR C5

DATE:    11/15/2019        TIME:    2:08 - 2:25

---

COURT ACTION:  EP: EP: Initial Appearance and A & P to the Indictment -

Defendants (1) Liane Wilson and (2) Robert Beard present and in custody.

Mr. Silvert informed the Court that financial affidavits were not completed as the Defendants plan to retain counsel.

Mr. Gronna and Mr. Silvert are making special appearances to represent the Defendants.

Both defendants are in agreement.
No objection by the Government.

Court will accept the representations of Mr. Silvert, as confirmed by Mr. Gronna, and will provisionally appoint Mr. Gronna to represent Defendant (1) Liane Wilson and Mr. Silvert to represent Defendant (2) Robert Beard, subject to determination of financial eligibility, if necessary, to allow the defendants to exercise their right to retain counsel of choice.

A Status Conference to Determine Counsel is set for 11/25/19 @ 2:00 p.m. before Magistrate Judge Mansfield.

Both Defendants have reviewed the Indictment and understand the nature of the charges.

Charges have been received.
Defendants waives public reading of the charges.
Defendants enters a plea of not guilty as to the Indictment.

Dates:

Jury Selection/Trial is set for 1/14/20 @ 9:00 a.m. before Judge Mollway.
Final Pretrial Conference is set for 12/16/19 @ 2:00 p.m. before Magistrate Judge Porter.
Motions 12/2/19.
Response 12/16/19.

Counsel and Defendants have received the reports prepared by USPTS, and have no objection.

### As to Defendant (1) Liane Wilson -
Court will adopt the recommendation by USPTS.

The defendant be released on an unsecured bond in the amount of: **$50,000**.

- (7b) Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services. You are required to inform Pretrial Services within 24 hours of any contact with law enforcement, including but not limited to, any arrest, questioning (excludes instant offense), or traffic stop.

- (7c) Maintain or actively seek employment, as directed by Pretrial Services.

- (7g1) Surrender any passport and all travel documents to the U.S. Pretrial Services Office.  Do not apply for/obtain a passport.  If not convicted, the passport will be returned to the defendant unless needed for evidentiary purposes.  If convicted, Pretrial Services will transfer the passport to the U.S. Probation Office upon disposition of this case unless otherwise directed by the Court.  Surrender no later than: **November 29, 2019**.

- (7h1) Travel is restricted to State of Hawaii; inter-island travel must be approved in advance by Pretrial Services.

- (7i) Do not change residence without the advance approval of Pretrial Services.

- (7s1) You are prohibited from owning, possessing, or controlling any firearm or ammunition.  Immediately surrender all firearms and ammunition to an agent approved by Pretrial Services.

- (8n) Provide Pretrial Services with any and all requested financial information regarding your financial status including, but not limited to: employment and all sources of income, bank accounts, assets and liabilities, and investments.  You are required to sign and execute an Authorization to Release Financial Information as requested by Pretrial Services.

- (8o) Pretrial Services is authorized to run credit reports on a random and "as needed" basis during the course of supervision to ensure compliance with pretrial release conditions.  You are required to sign and execute any necessary release forms including, but not limited to an Authorization to Release Financial Information, as requested by Pretrial Services.

- (9a) In conjunction with the Hoʻokele program, the Court authorizes the defendant to participate in voluntary stress and anxiety counseling as arranged by Pretrial Services.

Defendant shall not commit any offense in violation of federal, state, or local law while on release in this case.

Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

You must cooperate in the collection of DNA sample if it is authorized by 42 U.S.C. § 14135a.

**As to Defendant (2) Robert Beard** -

Court will adopt the recommendation by USPTS.
The  defendant be released on an unsecured bond in the amount of: **$50,000.00**.

- (7b) Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services. You are required to inform Pretrial Services within 24 hours of any contact with law enforcement, including but not limited to, any arrest, questioning (excludes instant offense), or traffic stop.

- (7c) Maintain or actively seek employment, as directed by Pretrial Services.

- (7g1) Surrender any passport and all travel documents to the U.S. Pretrial Services Office.  Do not apply for/obtain a passport.  If not convicted, the passport will be returned to the defendant unless needed for evidentiary purposes.  If convicted, Pretrial Services will transfer the passport to the U.S. Probation Office upon disposition of this case unless otherwise directed by the Court.  Surrender no later than: **November 29, 2019**.

- (7h1) Travel is restricted to State of Hawaii; inter-island travel must be approved in advance by Pretrial Services.

- (7i) Do not change residence without the advance approval of Pretrial Services.

- (7s1) You are prohibited from owning, possessing, or controlling any firearm or ammunition.  Immediately surrender all firearms and ammunition to an agent approved by Pretrial Services.

- (8n) Provide Pretrial Services with any and all requested financial information regarding your financial status including, but not limited to: employment and all sources of income, bank accounts, assets and liabilities, and investments.  You are required to sign and execute an Authorization to Release Financial Information as requested by Pretrial Services.

- (8o) Pretrial Services is authorized to run credit reports on a random and "as

needed" basis during the course of supervision to ensure compliance with pretrial release conditions.  You are required to sign and execute any necessary release forms including, but not limited to an Authorization to Release Financial Information, as requested by Pretrial Services.

- (9a) In conjunction with the Hoʻokele program, the Court authorizes the defendant to participate in voluntary stress and anxiety counseling as arranged by Pretrial Services.

Defendant shall not commit any offense in violation of federal, state, or local law while on release in this case.

Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

You must cooperate in the collection of DNA sample if it is authorized by 42 U.S.C. § 14135a.

Defendants remanded to the custody of the USM for processing.

Submitted by: Toni Fujinaga, Courtroom Manager.