ORIGINAL

AO 442 (Rev. 11/11) Warrant for Arrest

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

# UNITED STATES DISTRICT COURT
—————————— District of Hawaii ——————————

NOV 15 2019
at __1__ o'clock and __19__ min. P M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

V.

ROBERT BEARD

(Name and Address of Defendant)

## WARRANT FOR ARREST

Case Number: CR 19-00105 SOM-02

To: The United States Marshal and any Authorized United States Officer

   YOU ARE HEREBY COMMANDED TO ARREST  (02) ROBERT BEARD  and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment , charging him or her with (brief description of offense)

Concealment of Bankruptcy Assets

• in violation of Title 18 United States Code, Section(s) 152(1)

| | |
|---|---|
| Date: | August 15, 2019 |

Sue Beitia, Clerk of Court
Name and Title of Issuing Officer

/S/ Sue Beitia by deputy clerk ET
Prepared/Signed By:

Location:        Honolulu, Hawaii

U.S. MARSHALS SERVICE
HONOLULU, HI.
2019 AUG 20 AM 9:59
RECEIVED

By: Rom Trader, United States Magistrate Judge

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| Date Received  8/15/19 | NAME AND TITLE OF ARRESTING OFFICER  Megan Crawley  Special Agent | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest  11/14/19 | | |