AO 199A (Rev.12/11) Order Setting Conditions of Release

ORIGINAL

FILED IN THE          Page 1 of 3
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

## UNITED STATES DISTRICT COURT
### District of Hawaii

NOV 2 6 2019

UNITED STATES OF AMERICA          )

V.          )

Case Number:**CR 19-00105 SOM-02**

)
)
)

ROBERT BEARD          )

*Defendant*          )

at 5 o'clock and 09 min. P M
SUE BEITIA, CLERK

### AMENDED ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)    The defendant must not violate federal, state or local law while on release.

(2)    The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3)    The defendant must advise the court or pretrial services officer or supervising officer in writing before any change of residence or telephone number.

(4)    The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

   The defendant must appear at: US Courthouse, 300 Ala Moana Blvd. Honolulu, Hawaii  on __

   If blank, defendant will be notified of next appearance.

(5)    The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev.12/11) Additional Conditions of Release                                                           Page 2 of 3

Case Number: CR 19-00105 SOM-02

## Additional Conditions of Release

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6)   The defendant is placed in the custody of:
Person or organization   _____
Address *(only if above is an organization)*   _____
City and State   _____   Tel No.   _____

who agrees (a) to supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a conditions of release or is no longer in the custodian's custody.

Signed:_____
Custodian or Proxy

(7)       The defendant shall:

(7b)      Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services. You are required to inform Pretrial Services within 24 hours of any contact with law enforcement, including but not limited to, any arrest, questioning (excludes instant offense), or traffic stop.

(7c)      Maintain or actively seek employment, as directed by Pretrial Services.

(7g1)     Surrender any passport and all travel documents to the U.S. Pretrial Services Office. Do not apply for/obtain a passport. If not convicted, the passport will be returned to the defendant unless needed for evidentiary purposes. If convicted, Pretrial Services will forward the passport to the U.S. Probation Office upon disposition of this case unless otherwise directed by the Court. Surrender no later than: **November 29, 2019 .**

(7h1)     Travel is restricted to State of Hawaii; inter-island travel must be approved in advance by Pretrial Services.

(7i)      Do not change residence without the advance approval of Pretrial services.

(7s1)     **You are prohibited from owning, possessing, or controlling any firearm or ammunition. Immediately surrender all firearms and ammunition to an agent approved by Pretrial Services.**

(8n)      Provide Pretrial Services with any and all requested financial information regarding your financial status including, but not limited to: employment and all sources of income, bank accounts, assets and liabilities, and investments. You are required to sign and execute an Authorization to Release Financial Information as requested by Pretrial Services.

(8o)      Pretrial Services is authorized to run credit reports on a random and "as needed" basis during the course of supervision to ensure compliance with pretrial release conditions. You are required to sign and execute any necessary release forms including, but not limited to an Authorization to Release Financial Information, as requested by Pretrial Services.

(9a)      In conjunction with the Ho'okele program, the Court authorizes the defendant to participate in voluntary stress and anxiety counseling as arranged by Pretrial Services.

AO 199C (Rev.09/08) Advice of Penalties                                                                                          Page 3 of 3

Case Number: CR 19-00105 SOM-02

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1)     an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2)     an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3)     any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4)     a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

PRINCEVILLE, HI 96722
_____
City and State

### Directions to the United States Marshal

( X )     The defendant is ORDERED released after processing.

( )       The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____11/26/19_____          _____
                                                                    Judicial Officer's Signature

Kenneth J. Mansfield, United States Magistrate Judge
_____
Printed name and title