KENJI M. PRICE  #10523
United States Attorney
District of Hawaii

MICHAEL NAMMAR
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Michael.d.nammar@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 19-00105 SOM |
| | ) |
| Plaintiff, | ) ORDER CONTINUING TRIAL |
| | ) DATE AND EXCLUDING TIME |
| vs. | ) UNDER THE SPEEDY TRIAL |
| | ) ACT |
| LIANE WILSON,            (01) | ) |
| ROBERT BEARD,          (02) | ) Old Date: January 14, 2020 |
| | ) New Date: April 28, 2020 |
| Defendants. | ) |
| | ) |

ORDER CONTINUING TRIAL DATE
AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

This matter is before the Court on a joint oral motion to continue trial.  On

December 9, 2020, counsel appeared before this Court for a status conference.

Trial in this matter was set for January 14, 2020.  During the status conference, counsel discussed the continuance of the trial date based on the unavailability of defense counsel, the need for defense counsel to review and evaluate over 7,000 pages of discovery, and the need for newly retained defense counsel to adequately prepare for trial.  Based on these factors, upon consideration of the joint oral motion to continue the trial, the Court granted the motion.

The Court finds that the time between January 14, 2020, and April 28, 2020, is excluded under the Speedy Trial Act for the following reasons:

(1) The ends of justice outweigh the best interests of the public in a speedy trial;

(2) The failure to grant such a continue would result in a miscarriage of justice;

(3) That based on the unavailability of defense counsel, the failure to grant a continuance would unreasonably deny certain defendants continuity of counsel; and

(4) The failure to grant the continuance would deny counsel for the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence

IT IS HEREBY ORDERED that the joint motion to continue trial is GRANTED:

(1)  the jury selection and trial are set for 9:00 a.m. on April 28, 2020, before Judge Susan Oki Mollway;

(2)  the final pretrial conference is set for 2:00 p.m. on Mach 30, 2020, before Magistrate Judge Wes Reber Porter.

(3)  Defense motions are due on March 16, 2020, and the Government's responses are due on March 30, 2020.

IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), and 3161(h)(7)(B), the period of time from January 14, 2020, to and including April 28, 2020, constitutes a period of delay which shall be excluded in computing the time within which the trial in this case must commence under the Speedy Trial Act.

DATED:  Honolulu, Hawaii, __December 18, 2019__.



_____
Wes Reber Porter
United States Magistrate Judge

United States v. Liane Wilson, et al.
Cr. No. 19-00105 SOM
"Order Continuing Trial Date and Excluding Time under the Speedy Trial Act"