## MINUTES

---

JUDGE:   Wes Reber Porter

DATE:     3/17/2020

---

COURT ACTION:  EO

Instead of separate conference calls for each matter, the Court will be using AT&T Connect Audio Conference for all criminal matters for the remainder of March 2020.   Counsel may want to attend certain hearings in person as appropriate, which is allowed for now, but the Court's preference is for telephonic appearances as much as possible.  The AT&T Connect Audio Conference participant instructions are below.

Counsel must connect to the conference *at least ten minutes* before the scheduled start time for the hearing.

For example, if the matter is scheduled for 2:00 p.m., counsel must connect to the conference by 1:50 p.m. so that the Courtroom Manager can take attendance and let counsel know the order in which matters will be called.  Because certain criminal matters are stacked, counsel may be connected and waiting for a matter to be call, similar to appearances in court.  Counsel may disconnect from the conference after a matter is recessed.

PARTICIPANT INSTRUCTIONS:
1.  Dial 1-888-278-0296
2.  Enter your Access Code (8224751) when prompted followed by the pound (#) sign.
3.  Message will say "To join the conference as the host press star (*) otherwise press pound (#)."
4.  Press pound (#).  Message will say  "The host has not yet arrived, please standby."
5.  When the Host joins, message will say "Please enter your Security Code (1234) followed by the pound (#) sign."
6.  Enter the Security Code (1234) followed by the pound (#) sign.
7.   You will then be connected to the Conference.

Submitted by: Mary Feria, Courtroom Manager