LAW OFFICE OF HOWARD K. K. LUKE
HOWARD K. K. LUKE  2049
DANIEL K. K. LUKE  10794
Davies Pacific Center
841 Bishop Street, Suite 410
Honolulu, Hawaii 96813
Telephone:  (808) 545-5000
Facsimile:  (808) 523-9137
Email:  howard@hkkluke.com

Attorneys for Defendant LIANE WILSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 19-00105 SOM |
| vs. | **STIPULATION; ORDER PERMITTING DEFENDANTS LIANE WILSON AND ROBERT BEARD TO TEMPORARILY LEAVE THE DISTRICT OF HAWAII** |
| LIANE WILSON,    (1) ROBERT BEARD,    (2) | |
| Defendants. | Sentencing:  October 18, 2021 |
| | Judge:  The Honorable Susan Oki Mollway |

## **STIPULATION**

The United States of America ("Government") and Defendant LIANE

WILSON and ROBERT BEARD, by and through their undersigned respective

attorneys (collectively, the "parties"), hereby agree and stipulate to the Defendants'

request to leave the District of Hawaii to travel to the State of California to assist

WILSON's minor son with his competition in a sporting event taking place in

Orange County, California for a period of time from June 20, 2021 to June 28, 2021.  The parties hereby agree to the following terms and conditions:

1.      Defendants' travel shall be for the period of June 20, 2021 to June 28, 2021 and be limited to travel from the State of Hawaii to the State of California and back with no unreasonable or foreseeable deviations or delays,

2.      The details of Defendants' travel, to include their specific location, itinerary, and booking/lodging plans shall be made available to the Court, U.S. Pretrial Services, or the Government immediately upon request, and

3.      Defendants shall maintain contact with their attorneys and U.S. Pretrial Services, and appear at any and all proceedings requiring their presence.


DATED:  Honolulu, Hawaii, June 14, 2021.

REVIEWED AND SO STIPULATED:

/s/Howard K. K. Luke
HOWARD K. K. LUKE
Attorney for Defendant WILSON

/s/Richard H.S. Sing
RICHARD H.S. SING
Attorney for Defendant BEARD


/s/Michael Nammar
MICHAEL NAMMAR
Assistant U.S. Attorney


ERIK S. IVERSON
Pretrial Services Officer

## ORDER PERMITTING DEFENDANTS LIANE WILSON AND ROBERT BEARD TO TEMPORARILY LEAVE THE DISTRICT OF HAWAII

The above Stipulation is **HEREBY APPROVED**, and the agreements set forth therein are adopted as rulings by this Court.  Accordingly, Defendants LIANE WILSON and ROBERT BEARD shall be permitted to temporarily leave the District of Hawaii subject to the following terms and conditions:

1.      Defendants' travel shall be for the period of June 20, 2021 to June 28, 2021, and be limited to travel from the State of Hawaii to the State of California and back with no unreasonable or foreseeable deviations or delays,

2.      The details of Defendants' travel, to include their specific location, itinerary, and booking/lodging plans shall be made available to the Court, U.S. Pretrial Services, or the Government immediately upon request, and

3.      Defendants shall maintain contact with their attorneys and U.S. Pretrial Services, and appear at any and all proceedings requiring their presence.

**SO ORDERED.**

DATED:  _____June 15, 2021_____, Honolulu, Hawaii.



 /s/ Susan Oki Mollway_____
Susan Oki Mollway
Senior United States District Judge