JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

MICHAEL NAMMAR
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
michael.nammar@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 19-00105 SOM |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S SENTENCING |
| | ) | STATEMENT; CERTIFICATE OF |
| vs. | ) | SERVICE |
| | ) | |
| ROBERT BEARD,          (02) | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

GOVERNMENT'S SENTENCING STATEMENT

The United States of America has received and reviewed the proposed

Presence Report.  The Government has no amendments or modifications to note

thereto, and it presently has no other factual information relevant to those areas addressed in the proposed Presentence Report.

DATED: October 21, 2021, at Honolulu, Hawaii.

JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii


By ____/s/ Michael Nammar_____
MICHAEL NAMMAR
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below,

a true and correct copy of the foregoing was served on the following at their last

known address:

Served Electronically through CM/ECF:

Richard H.S. Sing, Esq.          ricksing@hawaii.rr.com

Attorney for Defendant
ROBERT BEARD

Served by Hand-Delivery:

**U.S. PROBATION OFFICE**
Attn: Darsie J.T. Ing-Dodson
300 Ala Moana Boulevard, Room 2-300
Honolulu, Hawaii 96850

DATED: October 21, 2021, at Honolulu, Hawaii.

/s/ Janice Tsumoto
U.S. Attorney's Office
District of Hawaii