RIGINAL

PTS-HI (4/2016))

# UNITED STATES PRETRIAL SERVICES OFFICE
# PASSPORT RECEIPT

RE: Beard, Robert

Year of Birth: 1958

Place of Birth: Des Moines, IA

Case Number: 1:19CR00105SOM-02

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 25 2019

at 1 o'clock and 43 min. P M
SUE BEITIA, CLERK

---

COURT ORDER entered on November 15, 2019
The above-named defendant surrendered (select one)
☒ United States Passport
☐ Foreign Passport (Country Enter Country)

Passport Number 537280018 to the custody of the U.S. Pretrial Services Office on November 20, 2019.

☐ Other _____ Enter number to the custody of the U.S. Pretrial Services Office on Enter Date.

---

_____
Defendant's Signature

_____
Officer's Signature

**Recorded in the Passport Log (Sign and Date)**
Logged IN

Logged OUT

_____
Signature and Date

_____
Signature and Date

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Dec 17, 2021, 11:48 am
Michelle Rynne, Clerk of Court

---

This will acknowledge receipt of Passport Number Enter number or Other Enter number previously surrendered to the U.S. Pretrial Services Office pursuant to a prior Court Order.

Date Returned 17 DEC 21

Received by: _____

Purpose Returned
☐ Defendant not convicted          ☐ Other
☒ Defendant sentenced
☐ Mailed via Certified Mail